AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/4/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Vidales-Cortes,<br>A #205 418 926<br><br>*Defendant* | )<br>)<br>) Case No. 25-3129 MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 3, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jose Vidales-Cortes, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 26, 2018, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY
Digitally signed by CHARLES BAILEY
Date: 2025.04.07 13:27:55 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Megan Kelly

☒ Continued on the attached sheet.

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.04.07 15:01:33 -07'00'

_____
Complainant's signature

Luis E. Teran
ICE Deportation Officer
_____
Printed name and title

Sworn to telephonically.

Date: April 7, 2025

M Morrissey
_____
Judge's signature

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge
_____
Printed name and title

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about April 3, 2025, Jose Vidales-Cortes was arrested by officers with the Buckeye Police Department and booked into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Vidales-Cortes was confined at the MCJ, ICE agents interviewed him and determined him to be a citizen of Mexico, unlawfully present in the United States. On or about the same date, an immigration detainer was lodged with the MCJ for Vidales-Cortes. On or about April 4, 2025, Vidales-Cortes was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing. Vidales-Cortes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed. On April 7, 2025, the ICE prosecutions unit reviewed Vidales-Cortes's file and determined that he was amenable to prosecution, and removed him from administrative custody to criminal custody

3. Immigration history checks revealed Jose Vidales-Cortes to be a citizen of Mexico and a previously deported alien. Vidales-Cortes was removed from the United States to

Mexico, through Nogales, Arizona, on or about March 26, 2018, pursuant to a final order of removal issued by an immigration judge. There is no record of Vidales-Cortes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Vidales-Cortes's immigration history was matched to him by electronic fingerprint comparison.

4. On or about April 4, 2025, Jose Vidales-Cortes was advised of his constitutional rights. Vidales-Cortes freely and willingly acknowledged his rights but did not agree to provide a statement under oath. However, on or about April 3, 2025, during his initial encounter with ICE officers, Vidales-Cortes admitted that he illegally entered the United States without prior inspection by immigration officials, and did not possess any immigration documents which would have permitted him to legally enter, pass through, or remain in the United States.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about April 3, 2025, Jose Vidales-Cortes, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about March 26, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

**LUIS E TERAN** Digitally signed by LUIS E TERAN
Date: 2025.04.07 15:02:13 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
April 7, 2025

*M Morrissey*

Michael T. Morrissey
United States Magistrate Judge

3